1  K. ALEXANDRA McCLURE
   California SBN 189679
2  Law Office of Alexandra McClure
   214 Duboce Avenue
3  San Francisco, CA 94103
   Telephone: (415) 814-3397
4  Facsimile: (415) 255-8631

5

6  Counsel for Defendant JAMILLAH THOMPSON

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,            )   No. CR-15-00016 CRB (KAW)
                                         )
13           Plaintiff,                  )   **STIPULATION AND** ~~PROPOSED~~
                                         )   **[ORDER] CONTINUING JULY 30, 2015**
14 v.                                    )   **BAIL REVIEW HEARING**
                                         )
15                                       )   Court: Honorable Kandis A. Westmore
                                         )
16 JAMILLAH THOMPSON,                    )
                                         )
17           Defendant.                  )
   _____ )

18

19       THE PARTIES HEREBY STIPULATE that the bail review hearing date in this matter,

20 scheduled by the Honorable Magistrate Judge Kandis Westmore for July 30, 2015, is continued to

21 August 4, 2015 at 9:30 a.m.  The reason for the parties' stipulation is that undersigned defense

22 counsel is unavailable on the date originally scheduled by the Court due to another previously-

23 scheduled court appearance in San Francisco.

24       Therefore, the parties agree to a continuance of the court appearance to August 4, 2015 at

25 9:30 a.m., or as soon thereafter as is convenient for the Court.  Defense counsel has confirmed

26
   Stipulation and [Proposed] Order
   re July 30, 2015 Bail Review Hearing
   *US v. Thompson,* CR 15-00016 CRB            1

that Ms. Victoria Gibson, the assigned United States Pretrial Services Officer, is available on that date.

    IT IS SO STIPULATED.

Dated: July 28, 2015

                                                        */s/*
                                                        K. ALEXANDRA McCLURE
                                                        Attorney for JAMILLAH THOMPSON

Dated: July 28, 2015

                                                        /s/
                                                        THOMAS NEWMAN
                                                        Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, the bail review hearing currently set for July 30, 2015 is hereby VACATED and continued to August 4, 2015 at 9:30 a.m.

    IT IS SO ORDERED.

Dated: 7/29/15                                                      KANDIS WESTMORE
                                                                      United States Magistrate Judge