K. ALEXANDRA McCLURE
California SBN 189679
Law Office of Alexandra McClure
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 814-3397
Facsimile: (415) 255-8631
alex@alexmcclurelaw.com

Attorneys for Defendant
JAMILLAH THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMILLAH THOMPSON,<br><br>Defendant. | Case No. CR-15-0016 CRB (KAW)<br><br>**STIPULATION AND [PROPOSED]　ORDER PERMITTING DEFENDANT TO ATTEND AUNT'S MEMORIAL SERVICE**<br><br>**Court:   Hon. Charles R. Breyer<br>            (U.S. Magistrate Judge<br>            Kandis A. Westmore)** |

IT IS HEREBY STIPULATED between K. Alexandra McClure, counsel for defendant Jamillah Thompson, and Assistant U.S. Attorney Cynthia Stier, counsel for the United States, with the concurrence of U.S. Pretrial Officer Victoria Gibson, that the defendant Jamillah Thompson may leave her home to attend her aunt's memorial service in Pittsburgh, California at Delta Baptist Church on Sunday March 12, 2017, from 4 p.m. until 8 p.m., with additional time permitted for travel at the discretion of Pretrial Services.

//

**IT IS SO STIPULATED.**

Dated: March 6, 2017.                                   Respectfully submitted,

/s/
K. ALEXANDRA McCLURE
Attorney for Jamillah Thompson

Dated: March 6, 2017.
/s/
CYNTHIA STIER
Assistant U.S. Attorney

## ORDER

The Defendant Jamillah Thompson's bond is hereby modified to allow her to attend a memorial service at Delta Baptist Church in Pittsburgh, CA with her family on Sunday March 12, 2017 from 4 p.m. until 8 p.m., with additional travel time at the discretion of Pretrial Services.  All other conditions remain in effect.

**IT IS SO ORDERED**.

Dated:  3/8/17

KANDIS A. WESTMORE
U.S. Magistrate Judge